UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 19 CV 6078

Debbie-Ann Bromfield-Thompson

Plaintiff(s),

-against-

American University of Antigua

Manipul Education AMERICAS, LLC

NBME

Defendant(s).

Docket No: _____CV_____(     )(     )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Debbie-Ann Bromfield-Thompson          ☑ Plaintiff
                                        ☐ Defendant
Name (Last, First, MI)

1405 Kennedy St, N.W Washington DC 20011
Address          City          State          Zip Code

202-534-9164                    debibromfield@hotmail.com
Telephone Number                e-mail address

06-25-19
Date                            Signature