UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
DEBBIE ANN BROMFIELD-THOMPSON,    :
    :
                     Plaintiff,    :
    :    19-CV-6078 (JMF)
        -v-    :
    :    ORDER
AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL  :
EDUCATION AMERICAS, LLC, s/h/a GCLR, LLC and  :
NBME,    :
    :
                     Defendants.    :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.  The Clerk of Court is directed to issue summonses as to Defendants American University of Antigua and NBME.  Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons.  If within those 90 days, Plaintiff has neither served Defendants nor requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      SO ORDERED.

Dated: July 30, 2019
      New York, New York                                    JESSE M. FURMAN
                                                            United States District Judge