UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>Plaintiff,<br>v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC, s/h/a GCLR, LLC and NBME,<br>Defendants. | Case No.: 1:19-cv-06078-JMF<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant NBME.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that she is a member in good standing of the bar of this Court.

Dated: October 23, 2019
New York, New York

        Respectfully submitted,

        PERKINS COIE LLP

        */s/ Evelyn Y. Pang*
        Evelyn Y. Pang, Esq.
        PERKINS COIE LLP
        1155 Avenue of the Americas, 22nd Floor
        New York, NY 10036-2711
        Tel. 212.262.6875
        Fax. 212.977.1641
        EPang@perkinscoie.com

        *Attorneys for Defendant NBME*