**PERKINS COIE**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

October 23, 2019

Evelyn Y. Pang
EPang@perkinscoie.com
D. +1.212.261.6875

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Bromfield-Thompson v. American University of Antigua/Manipal Education Americas, LLC et al., 19-cv-6078-JMF*

Dear Judge Furman,

    Defendant National Board of Medical Examiners respectfully requests an extension of time to respond to Plaintiff Debbie Ann Bromfield-Thompson's Complaint in the above-referenced action.

    NBME's response to the Complaint is originally due to be filed on Monday, October 28, 2019. There have been no previous requests for adjournments or extensions. Defendant requests an extension as a result of the recent appointment of Perkins Coie LLP ("Perkins Coie") as its counsel in this matter, and counsel's concurrent deadlines in other matters. Plaintiff consented to the extension via email on October 22, 2019. There are no scheduled appearances by the parties before the Court at this time.

    We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Evelyn Y. Pang*
Evelyn Y. Pang
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
212-261-6875
*Counsel for Defendant National Board of Medical Examiners*