UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
DEBBIE ANN BROMFIELD-THOMPSON,　　　　：

       Plaintiff,　　　　　　　　　　　　：

   v.　　　　　　　　　　　　　　　　　：　　Case No.: 1: 19-cv-06078-JMF

AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL　：　　**AFFIDAVIT OF SERVICE**
EDUCATION AMERICAS, LLC, s/h/a GCLR, LLC
and NBME,　　　　　　　　　　　　　　：

       Defendants.　　　　　　　　　　：
------------------------------------------------X

STATE OF NEW YORK　）
　　　　　　　　　　：　SS:
COUNTY OF NEW YORK　）

I, Nelson Vargas, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Queens County, New York.

2. On October 23, 2019, I served a true and correct copy of the:

   **(a) NOTICE OF APPEARANCE OF EVELYN Y. PANG**

   **(b) LETTER REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

   to be served via United States Postal Service First Class Mail upon:

        Debbie-Ann Bromfield Thompson
        1405 Kennedy St., NW
        Washington, DC 20011

by depositing a true copy thereof, in a properly addressed wrapper.

- 2 -

Dated: October 23, 2019

*[signature]*
Nelson Vargas

Sworn to before me this
23rd day of October 2019

*[signature]*
Notary Public

MICHELLE MARIANNE FLEURANTIN
Notary Public, State of New York
No. 01FL6363694
Qualified in New York County
Commission Expires August 28, 2021