UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DEBBIE ANN BROMFIELD-THOMPSON,                     :
:
                    Plaintiff,   :   19-CV-6078 (JMF)
:
       -v-                                :   ORDER TO SHOW
:   CAUSE
AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL   :
EDUCATION AMERICAS, LLC a/k/a GCLR, LLC, and :
NBME,                                          :
:
                    Defendants.   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Complaint in this case was filed with the Court on June 27, 2019, *see* ECF No. 1, and a summons was issued on July 31, 2019. The docket does not reflect that the Complaint was ever served on Defendant American University of Antigua/Manipal Education Americas, LLC ("American University"). Accordingly, it is hereby ORDERED that Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the summons and Complaint on American University within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that American University has been served, when and in what manner such service was made.

      If the Court does not receive any communication from Plaintiff by **November 20, 2019**, showing good cause why such service was not made within the 90 days, the Court will dismiss the case as to American University without further notice.

      Finally, Plaintiff is directed (1) to notify American University's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **November 13, 2019**. If unaware of the identity of counsel for American University, Plaintiff must forthwith send a copy of this Order to that party personally.

      The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: October 30, 2019
       New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge