AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-6078 (JMF)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* American University of Antigua/Manipal Education Americas, LLC s/h/a GCLR, LLC

was received by me on *(date)* 10/04/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Anita O' Brien, Legal Department, at 1:09 P.M., who is designated by law to accept service of process on behalf of *(name of organization)* American University of Antigua Manipal Education Americas, LLC s/h/a GCLR, LLC on *(date)* 10/08/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/8/19

*Server's signature*

Augustus Wilson/ Process Server# 2066221
*Printed name and title*

1412 Broadway
New York, NY 10018
*Server's address*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-28-19

Additional information regarding attempted service, etc:

Served at One Battery Plaza, 33rd Floor. New York, NY 10004

**PRIORITY MAIL**

FROM:
Debbie Bromfield
1405 Kennedy St, NW
Washington, DC 20011

TO:
Pro Se Office
U.S. Dist. Court, SDNY
500 Pearl St, Rm 200
New York, NY 10007

2019 OCT 28 AM 10:07
S.D. OF N.Y.

Label 228, March 2016



UNITED STATES POSTAL SERVICE

Retail
US POSTAGE PAID
$7.35
Origin: 20002
10/22/19
1049780102-30

PRIORITY MAIL 2-DAY®
0 Lb 2.00 Oz
1006
C014

EXPECTED DELIVERY DAY: 10/24/19

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER

9505 5114 5537 9295 5727 46

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2