AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-6078 (JMF)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The National Board of Medical Examiners (NBME)
was received by me on *(date)* 10/04/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Barbara J. Miriello, Agent in Charge, at 9:29 A.M, who is designated by law to accept service of process on behalf of *(name of organization)* The National Board of Medical Examiners, 3750 Market Street, Philadelphia, PA 19104 on *(date)* 10/07/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-15-2019

*Server's signature*

Dylan Moore / Process Server
*Printed name and title*

it's DONE! Courier
525 S. 4th Street, Suite 366
Philadelphia, PA 19147
215.925.DONE (3663)
*Server's address*

Additional information regarding attempted service, etc:

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10-28-19]

[Stamp: RECEIVED SDNY PRO SE OFFICE 2019 OCT 28 AM 10:17]

1405 Kennedy Street, NW
Washington, DC 20011

October 21th, 2019

**Pro Se Office**
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007

Dear Sir/Madam:

**Re: Debbie Ann Bromfield-Thompson v American University of Antigua/Manipal Education Americas, LLC, et al., Civil Action No. 19cv6078 (JMF)**

Please find enclosed original proof of service for both parties served in the above captioned case. Please do not hesitate to contact me should you have questions. My telephone number is 202-534-9164.

Thank you.

Yours truly,

*[signature]*

Debbie Ann Bromfield-Thompson

2019 OCT 28 AM 10: 17
S.D. OF N.Y.
RECEIVED
SDNY PRO SE OFFICE

**PRIORITY MAIL**

FROM:
Debbie Bromfield
1405 Kennedy St, NW
Washington, DC 20011

TO:
Pro Se Office
U.S. Dist Court, SDNY
500 Pearl St, Rm 200
New York, NY 10007

S.D. OF N.Y.



UNITED STATES POSTAL SERVICE

Retail
US POSTAGE PAID
$7.35
Origin: 20002
10/22/19
1049780102-30

PRIORITY MAIL 2-DAY®
0 Lb 2.00 Oz
1006
C014

EXPECTED DELIVERY DAY: 10/24/19

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER



9505 5114 5537 9295 5727 46

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2