UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DEBBIE ANN BROMFIELD-THOMPSON,            :
:
                              Plaintiff,            :       19-CV-6078 (JMF)
:
                 -v-            :      <u>ORDER TO SHOW</u>
:           <u>CAUSE</u>
AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL   :
EDUCATION AMERICAS, LLC a/k/a GCLR, LLC, and :
NBME,                                     :
:
                              Defendants.    :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 30, 2019, the Court issued an Order to Show Cause directing Plaintiff to communicate with the Court in writing as to why Plaintiff failed to file proof of service of the Complaint and summons on Defendant American University of Antigua/Manipal Education Americas, LLC ("American University").  *See* ECF No. 10.  Shortly after entry of the Court's Order, proof of timely service was docketed.  *See* ECF No. 11.  Accordingly, no further response from Plaintiff is required.

      The deadline for American University to answer, move to dismiss, or otherwise respond to the Complaint was October 25, 2019.  No answer, motion, or response has been filed.  Accordingly, it is hereby ORDERED that American University show cause why it has failed to answer or respond to the Complaint by **November 14, 2019**.  Failure to demonstrate good cause could result in the entry of a default judgment.

      Plaintiff is directed (1) to notify American University's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **November 11, 2019**.  If unaware of the identity of counsel for American University, Plaintiff must forthwith send a copy of this Order to that party personally.

      The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: October 31, 2019
       New York, New York

                                                      JESSE M. FURMAN
                                             United States District Judge