UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA/<br>MANIPAL EDUCATION AMERICAS, LLC,<br>aka GCLR, LLC et al.,<br><br>Defendant. | No. 19-CV-06078 (JMF) |

## NOTICE OF MOTION TO DISMISS COMPLAINT BY
## NATIONAL BOARD OF MEDICAL EXAMINERS

PLEASE TAKE NOTICE that upon the accompanying Declaration of Cheri M. Kershen, Memorandum of Law in Support of the Motion to Dismiss the Complaint by National Board of Medical Examiners, dated November 11, 2019, the proposed order, and all prior pleadings, submissions, and proceedings herein, Defendant National Board of Medical Examiners will move this Court before the Honorable Jesse M. Furman, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for the entry of an order dismissing Plaintiff Debbie Ann Bromfield-Thompson's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6).

Dated: November 11, 2019

Respectfully submitted,

/s/ Evelyn Y. Pang
Evelyn Y. Pang
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel. 212.262.6875
Fax 212.977.1641
EPang@perkinscoie.com

Caroline M. Mew (*pro hac vice motion to be filed*)
PERKINS COIE LLP
700 13th St. NW, Suite 600
Washington, D.C. 20005-3960
Tel. 202.654.1767
Fax 202.654.9551
CMew@perkinscoie.com

*Attorneys for Defendant NBME*