UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA/<br>MANIPAL EDUCATION AMERICAS, LLC,<br>aka GCLR, LLC et al.,<br><br>        Defendant. | No. 19-CV-06078 (JMF)<br><br>**[PROPOSED] ORDER GRANTING<br>MOTION TO DISMISS** |

This matter having come before the Court on the motion of Defendant National Board of Medical Examiners ("Defendant"), for entry of an Order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), and the Court having considered the papers submitted in support of the within Defendant's motion and the papers filed in opposition thereto, and for further good cause shown, it is:

ORDERED that dismissal of the Complaint is entered in favor of Defendant National Board of Medical Examiners against Plaintiff Debbie Ann Bromfield-Thompson.


DATED_____       _____
                                    Hon. Jesse A. Furman, U.S.D.J.

146267384.1