UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>       Plaintiff,<br><br>    v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA/<br>MANIPAL EDUCATION AMERICAS, LLC,<br>aka GCLR, LLC et al.,<br><br>       Defendant. | No. 19-CV-06078 (JMF) |

**RULE 7.1 DISCLOSURE STATEMENT BY**
**NATIONAL BOARD OF MEDICAL EXAMINERS**

Pursuant to Fed. R. Civ. P. 7.1, defendant National Board of Medical Examiners ("NBME") states that it is a non-profit corporation that does not have any parent corporation, and no publicly held corporation owns any stock in NBME.

Dated: November 11, 2019    Respectfully submitted,

/s/ Evelyn Y. Pang
Evelyn Y. Pang
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel. 212.262.6875
Fax 212.977.1641
EPang@perkinscoie.com

Caroline M. Mew (*pro hac vice motion to be filed*)
PERKINS COIE LLP
700 13th St. NW, Suite 600
Washington, D.C. 20005-3960
Tel. 202.654.1767
Fax 202.654.9551
CMew@perkinscoie.com

*Attorneys for Defendant NBME*