UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Debbie Ann Bromfield-Thompson<br>*Plaintiff*<br><br>v.<br><br>American University of Antigua/Manipal Education Americas, LLC.,<br><br>and<br><br>NBME | )<br>)<br>)<br>) Civ. Action No. 19cv6078 (JMF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SERVICE OF COURT ORDER TO SHOW CAUSE

On November 5th, 2019 I served via *federal express* the court's Order to Show Cause issued in case 19-CV-6078 (JMF) upon American University of Antigua/Manipal Education Americas, LLC a/k/a GCLR, at 1 Battery Plaza, 33rd Floor, New York, N.Y. 10004.

Prior to serving the order I initiated a telephone call to the office of American University of Antigua(AUA) in New York City. Prior to reaching an actual person a recording noted that I had contacted Manipal Education Americas, agent for American University of Antigua. I was then prompted to dial zero for an operator.

The operator transferred me to a purported attorney. I explained the court's show cause order, but the person on the phone stated that he did not know whether he would be representing AUA in the above captioned case. He also stated that he did not know who would be representing AUA in the above captioned case or whether it would be AUA's attorneys located in the country of Antigua.

Since I was unable to obtain information regarding who was AUA's attorney I decided to send the show cause order to American University of Antigua/Manipal Education Americas, LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-19

in accordance with the court's order to send a copy of the order personally to the party.

I declare under penalty of perjury that this information is true.

Date: 11/5/2019

Plaintiff's signature



