UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBBIE ANN BROMFIELD-THOMPSON,

            Plaintiff,

-against-

AMERICAN UNIVERSITY OF ANTIGUA/
MANIPAL EDUCATION AMERICAS, LLC,
aka GCLR, LLC et al.,

            Defendants.

No. 19-CV-06078 (JMF)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK      )
                               : ss:
COUNTY OF NEW YORK   )

I, Nelson Vargas, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside in Queens County, New York.

    2.    On November 11, 2019, I served a true and correct copy of the:

**NOTICE OF MOTION OF DISMISS, DECLARATION OF CHERI M. KERSHEN, MEMORANDUM OF LAW IN SUPPORT, RULE 7.1 CORPORATE DISCLOSURE STATEMENT and PROPOSED ORDER**

via United States First Class Mail upon:

                      Debbie Ann Bromfield-Thompson
                      1405 Kennedy Street, NW
                      Washington, DC 20011

Dated: November 12, 2019

_____
Nelson Vargas

Sworn to before me this
12th day of November 2019

_____
Notary Public

MICHELLE MARIANNE FLEURANTIN
Notary Public, State of New York
No. 01FL6363694
Qualified in New York County
Commission Expires August 28, 2021