UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
DEBBIE ANN BROMFIELD-THOMPSON,                   :
                Plaintiff,               :    Case No.  1:19-cv-06078-JMF
                                             :
            v.                                                   **MOTION FOR ADMISSION**
                                           :    ***PRO HAC VICE***

AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL    :
EDUCATION AMERICAS, LLC, s/h/a GCLR, LLC
and NBME,                                        :

                Defendants.             :
------------------------------------------------ X

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Caroline M. Mew hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant NBME in the above-captioned action.

      I am a member in good standing of the bars of the State of North Carolina and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached my affidavit pursuant to Local Rule 1.3.

146121560.1

Dated: Washington, D.C.  
      November 12, 2019

Respectfully submitted,

Applicant Signature: /s/ Caroline M. Mew

Applicant's Name: Caroline M. Mew

Firm Name: Perkins Coie LLP

Address: 700 Thirteenth Street, N.W., Suite 600

City/State/Zip: Washington, D.C. 20005-3960

Telephone/Fax: (202) 654-6200 / (202) 654-6211

Email: CMew@perkinscoie.com

146121560.1