**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------- X
DEBBIE ANN BROMFIELD-THOMPSON,               :
        Plaintiff,                      :   Case No. 1:19-cv-06078-JMF
        v.                              :   **AFFIDAVIT OF CAROLINE M. MEW**
                                            **IN SUPPORT OF MOTION TO**
AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL :   **ADMIT COUNSEL *PRO HAC VICE***
EDUCATION AMERICAS, LLC, s/h/a GCLR, LLC
and NBME,                                    :
        Defendants.                     :
                                         :
------------------------------------------------- X

I, Caroline M. Mew, being duly sworn, hereby deposes and says as follows:

1. I am counsel with the law firm of Perkins Coie LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of North Carolina and the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant NBME.

Dated: Washington, D.C.
November 11, 2019

Respectfully submitted,

**PERKINS COIE LLP**

*/s/ Caroline M. Mew*

Caroline M. Mew
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
CMew@perkinscoie.com

*Attorneys for NBME*

**DISTRICT OF COLUMBIA** ) 
: SS:
)

Subscribed and affirmed before me, Vera Weathersby, Notary Public, on this 11-th day of November, 2019, by **Caroline M. Mew**, who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public
My commission expires on July 31, 2023

-2-

146121556.1