UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

DEBBIE ANN BROMFIELD-THOMPSON,                      :

              Plaintiff,                          :     Case No.  1:19-cv-06078-JMF

      v.                                            :     **[PROPOSED] ORDER
FOR ADMISSION PRO HAC VICE**
AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL  .
EDUCATION AMERICAS, LLC, s/h/a GCLR, LLC
and NBME,                                           :

             Defendants.                         :

                                             :

-------------------------------------------------- X

The motion of Caroline M. Mew for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of North Carolina and the District of Columbia; and that her contact information is as follows:

Applicant's Name: Caroline M. Mew

Firm Name: Perkins Coie LLP

Address: 700 Thirteenth Street, N.W., Suite 600

City / State / Zip: Washington, D.C.  20005-3960

Telephone / Fax: Tel. (202) 654-6200, Fax. (202) 654-6211

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for NBME in the above-captioned action;

146121583.1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2019          _____
                                     United States District Judge