UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DEBBIE ANN BROMFIELD-THOMPSON, :
:
                             Plaintiff, :          19-CV-6078 (JMF)
:
         -v- :          ORDER
:
AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL :
EDUCATION AMERICAS, LLC a/k/a GCLR, LLC et :
al., :
:
                             Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 11, 2019, Defendant NBME filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Because Plaintiff is proceeding *pro se*, however, the Court will give Plaintiff additional time to amend the complaint.

       Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **December 23, 2019.** If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, Plaintiff should include those facts in the amended complaint. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by **January 20, 2020**, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

       If no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by **December 23, 2019**. Defendant's reply, if any, shall be served by **January 13, 2020**. At the time any reply is served, the party represented by counsel shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

Either party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: November 13, 2019
      New York, New York

_____
JESSE M. FURMAN
United States District Judge