UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC A/K/A GCLR, LLC, AND NBME,<br><br>    Defendants. | Civil Case No.: 19-CV-6078<br><br>**RULE 7.1 DISCLOSURE OF AMERICAN UNIVERSITY OF ANTIGUA** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, American University of Antigua ("AUA") submits the following as its Corporate Disclosure Statement: AUA is a wholly-owned subsidiary of Manipal Education Americas, LLC. Manipal Education Americas, LLC is a wholly-owned subsidiary of Manipal Academic Services International, which in turn is a wholly-owned subsidiary of MEMG International, Ltd. MEMG International, Ltd. has no parent corporation. No publicly held corporation holds 10% or more of the stock of any of the foregoing entities.

| | |
|---|---|
| Dated:  New York, New York<br>           November 14, 2019 | HUGHES HUBBARD & REED LLP<br><br>By: /s *Robb W. Patryk*             <br>     Robb W. Patryk<br>Amina Hassan<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>(212) 837-6000<br><br>*Attorneys for Defendants Manipal Education Americas, LLC and American University of Antigua* |

95484093_1