UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE ANN BROMFIELD-THOMPSON,

    Plaintiff,

    v.

AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC A/K/A GCLR, LLC, AND NBME,

    Defendants.

Civil Case No.: 19-CV-6078

**RULE 7.1 DISCLOSURE OF MANIPAL EDUCATION AMERICAS, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Manipal Education Americas, LLC submits the following as its Corporate Disclosure Statement: Manipal Education Americas, LLC is a wholly-owned subsidiary of Manipal Academic Services International, which in turn is a wholly-owned subsidiary of MEMG International, Ltd. MEMG International, Ltd. has no parent corporation. No publicly held corporation holds 10% or more of the stock of any of the foregoing entities.

Dated:    New York, New York
              November 14, 2019

HUGHES HUBBARD & REED LLP

By: /s *Robb W. Patryk*
    Robb W. Patryk
Amina Hassan
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendants Manipal Education Americas, LLC and American University of Antigua*

95483547_1