UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE ANN BROMFIELD-THOMPSON,

      Plaintiff,

   v.

AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC A/K/A GCLR, LLC, AND NBME,

      Defendants.

Civil Case No.: 19-CV-6078

**Notice of Appearance**

    **PLEASE TAKE NOTICE** that Amina Hassan of Hughes Hubbard & Reed LLP hereby appears in the above-captioned action as counsel for Manipal Education Americas, LLC and American University of Antigua, and requests that all papers and notices in the above-captioned action be sent to the address set forth below.

Dated: New York, New York
       November 14, 2019

                                              HUGHES HUBBARD & REED LLP

                                              By:   */s/ Amina Hassan*
                                                    Amina Hassan
                                            One Battery Park Plaza
                                            New York, New York 10004-1482
                                            Telephone:  212-837-6793
                                            Facsimile:  212-299-6793
                                            amina.hassan@hugheshubbard.com

                                            *Attorneys for Manipal Education Americas, LLC and American University of Antigua*

95483407_1