UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE ANN BROMFIELD-THOMPSON,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC A/K/A GCLR, LLC, AND NBME,

    Defendants.

Civil Case No.: 19-CV-6078

**Notice of Appearance**

    **PLEASE TAKE NOTICE** that Robb Patryk of Hughes Hubbard & Reed LLP hereby appears in the above-captioned action as counsel for Manipal Education Americas, LLC and American University of Antigua, and requests that all papers and notices in the above-captioned action be sent to the address set forth below.

Dated: New York, New York
       November 14, 2019

HUGHES HUBBARD & REED LLP

By:    */s/ Robb W. Patryk*
    Robb W. Patryk
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6793
Facsimile: 212-299-6793
amina.hassan@hugheshubbard.com

*Attorneys for Manipal Education Americas, LLC and American University of Antigua*

95501081_1