UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
DEBBIE ANN BROMFIELD-THOMPSON, :
:
                            Plaintiff, :     19-CV-6078 (JMF)
:
      -v- :     <u>ORDER</u>
:
AMERICAN UNIVERSITY OF ANTIGUA et al., :
:
                          Defendants. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In response to the Court's Order dated November 18, 2019, ECF No. 31, Defendants American University of Antigua ("American University") and Manipal Education Americas, LLC ("Manipal") filed a letter stating that they will not be able to consolidate their response to Plaintiff's Complaint with Defendant NBME's response. *See* ECF No. 32. Accordingly, as indicated in the Order at ECF No. 31, American University and Manipal shall answer, move to dismiss, or otherwise respond to the Complaint by **December 9, 2019**.

      If American University and Manipal file a motion to dismiss, as they indicate in their recent letter, then Plaintiff shall file by **January 13, 2020**, either (1) an amended complaint pleading any additional facts that Plaintiff believes will cure deficiencies identified in NBME's motion to dismiss **and** American University and Manipal's motion to dismiss or (2) a consolidated opposition brief responding to both motions to dismiss. If Plaintiff files an opposition brief, Defendants shall file their replies by **January 20, 2020**.

      The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: November 26, 2019
      New York, New York
                                                   JESSE M. FURMAN
                                                   United States District Judge