UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE ANN BROMFIELD-THOMPSON,

          Plaintiff,

    v.

AMERICAN UNIVERSITY OF
ANTIGUA/MANIPAL EDUCATION
AMERICAS, LLC A/K/A GCLR, LLC, AND
NBME,

          Defendants.

Civil Case No.: 19-CV-6078

## DECLARATION OF VERNON SOLOMON

Pursuant to 28 U.S.C. § 1746, I, Vernon Solomon, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1.    I am the Vice President for Administrative and Community Affairs at the American University of Antigua ("AUA").

2.    I submit this declaration in support of the motion to dismiss the Complaint (the "Motion to Dismiss") by defendants AUA and Manipal Education Americas, LCC ("MEA"). I have personal knowledge of the matters set forth in this declaration. For purposes of the Motion to Dismiss, I am providing here information regarding AUA, MEA and certain AUA policies and procedures that are relevant to this motion.

3.    AUA is a medical school located and operated in Coolidge, Antigua. It is chartered and incorporated under the laws of Antigua and Barbuda. Its only campus is in Antigua, where I am based, as are the rest of AUA's academic functions.

4.    AUA has no offices in New York or the United States.

5.      AUA contracts with certain vendors and service-providers based in the United States to provide it specific services.  MEA is one such entity.  MEA provides AUA a range of back office and administrative services, under a services contract.

6.      AUA was not served with legal process in this action.  AUA does not have an agent, who is authorized to accept service of process on behalf of AUA, in New York.  MEA and its employees are not authorized to accept service of legal process on behalf of AUA.

7.      In order to qualify for the USMLE Step 2 exam, all AUA students are required to obtain a minimum score of at least 79 on the Comprehensive Clinical Shelf Exam.

8.      All academic decisions regarding AUA students, including promotions and dismissals, are made by AUA's Promotions Committee.  Students can appeal the decisions of the Promotions Committee to AUA's Appeals Committee.  Both the Promotions Committee and the Appeals Committee are based on-campus, in Antigua, and are comprised of AUA's senior faculty, who are located in Antigua.

9.      AUA's decision to dismiss Plaintiff from the M.D. program for failure to meet her graduation requirements was made by the Promotions Committee, in Antigua.  Plaintiff appealed that decision to the Appeals Committee, which affirmed the decision, also in Antigua.

Dated: Coolidge, Antigua
         December 8, 2019

                                                   _____
                                                              Vernon Solomon

2