UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC A/K/A GCLR, LLC, AND NBME,<br><br>　　　　Defendants. | Civil Case No.: 19-CV-6078 |

## DECLARATION OF AMINA HASSAN

　　　　I, Amina Hassan, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury, as follows:

　　　　1.　　I am an associate with the law firm of Hughes Hubbard & Reed LLP, attorneys in the above-titled action for defendants American University of Antigua ("AUA") and Manipal Education Americas, LLC ("MEA").

　　　　2.　　I submit this declaration in support of the Motion to Dismiss the Complaint by Defendants American University of Antigua and Manipal Education Americas, LLC. I am admitted to practice law in the State of New York and before this Court. I base this declaration on my personal knowledge and a review of any documents referenced herein.

　　　　3.　　Attached hereto as Exhibit 1 are true and correct copies of screenshots from the New York Department of State, Division of Corporation's website. The first screenshot shows the search for "American University of Antigua" that I conducted on November 27, 2019 on the New York Department of State, Division of Corporation's website. The second screenshot shows the result of that search, which indicates that AUA is not registered as a New

York entity and that it does not have an agent designated to accept service of process in New York.

    4.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the AUA, College of Medicine Student Handbook, Spring 2017, available at https://files.auamed.org/uploads/AUA-Student-Handbook-Spring-2017-final-update.pdf.

    5.  Attached hereto as Exhibit 3 is a true and correct copy of an email, dated March 24, 2016, from Juli Valtschanoff to Plaintiff, Debbie-Ann Bromfield, re "Accommodations."

    6.  Attached hereto as Exhibit 4 is a true and correct copy of the April 26, 2016 decision of the Court of Appeal of the Eastern Caribbean Supreme Court (Antigua and Barbuda), in *Brown's Bay Resort Ltd (Appellant) v Pozzoni (Respondent)*, available here: https://www.jcpc.uk/cases/docs/jcpc-2015-0058-judgment.pdf.  The decision shows that Antiguan courts deal with breach of contract claims.

    7.  Attached hereto as Exhibit 5 is a true and correct copy of the October 22, 2013 Decision & Order of the Honorable Saliann Scarpulla of the Supreme Court of the State of New York, County of New York, in *Garcia v American University of Antigua*, 156081/2012.

    8.  Attached hereto as Exhibit 6 is a true and correct copy of the October 21, 2016 letter from the United States Department of Education, Office of Civil Rights ("OCR") to Neal Simon, President of American University of Antigua.

Dated: New York, New York
   December 9, 2019

                                   _____
                                      Amina Hassan

95625823_1