

# STUDENT HANDBOOK
## Spring 2017

AUA – Spring 2017

who applies for a visa will be granted one. There have been occasions when even students of AUA who follow our advice and recommendations have been denied visas.

# ACADEMIC STATUS

### GOOD STANDING

A student remains in good standing by complying with all academic standards, policies, and regulations established by AUA and by satisfying all financial obligations to the University or its affiliated lender. A student is not in good standing if they fall in the following categories: (1) academic probation; (2) non-academic probation; or (3) not meeting financial obligations.

*The University reserves the right to withhold services, transcripts and certifications from a student who is not in good standing.*

### SATISFACTORY ACADEMIC PROGRESS (SAP)

Satisfactory Academic Progress (SAP) represents an acceptable level of performance in meeting degree requirements within specific time periods. It is used in both academic evaluation and determination of financial aid eligibility.

AUA College of Medicine's curriculum consists of 10 semesters of academic coursework leading to the degree of Doctor of Medicine (MD). There are two semesters varying from 10–20 weeks in length in each academic year. At the end of every semester, the Promotions Committee evaluates each student's academic progress to ascertain if the student is making satisfactory academic progress toward the MD.

The following criteria constitute **Satisfactory Academic Progress (SAP)**:

1.  Completing the required courses of Semesters I-V in no more than seven (7) semesters and passing all coursework while on academic probation.
2.  Obtaining the minimum required certifying score on the Comprehensive Basic Science Exam and passing the USMLE Step 1 within the established period of eligibility;
3.  Completing the Clinical Science component within 120 weeks;
4.  Completing the M.D. program in its entirety within 81 months or 6.75 calendar years of attendance\*;
5.  For those students that have been readmitted, meeting all conditions set forth in readmission decision letter;
6.  Maintaining good academic standing.

30

AUA – Spring 2017

### For all students who started their 4th core rotation before May 1, 2016:

- The Comprehensive Clinical Science Examination can be taken after completion of the fifth core rotation.
- Regardless of the number of attempts to achieve a qualifying score on the CCSE prior to the date of this version of the Clinical Rotations Guidelines, and subject to the time limits set forth in AUA's policy for making Satisfactory Academic Progress as stated in AUA's Student Handbook, students will be afforded no more than five additional attempts at achieving a qualifying score on this exam. Students must achieve a qualifying score of 79 on any of their first three attempts or, if they have not achieved a qualifying score on any of their first three attempts, an 83 for the remaining two attempts.
- Students who fail to secure a qualifying score within those five additional attempts or within the time limits for making Satisfactory Academic Progress as set forth in AUA's Student Handbook are subject to dismissal.
- Students must sit Step 2 CK within three months of achieving a qualifying score on the CCSE.  Students who fail to sit the Step 2 CK within this three month window will be required to re-take the CCSE before they will be certified again for Step 2 CK. Please note that in that case, the total number of attempts, after April 1, 2017, cannot exceed five, which includes any previous attempts.  The requalifying score will be "83"regardless of number of attempts remaining.
- A student must receive a CCSE score and performance profile from the most recent exam prior to signing up for the next available CCSE exam as NBME does not allow sitting the CCSE in consecutive months.
- CCSE scores will not factor into any grade; they serve as self-assessment and qualifying exams only.

### For all students who started or will start their 4th core rotation on or after May 1, 2016:

- The Comprehensive Clinical Science Examination can be taken after completion of the fifth core rotation.
- The total number of attempts to achieve a qualifying score on the CCSE will be limited to five, subject to the time limits set forth in AUA's policy for making Satisfactory Academic Progress as stated in AUA's Student Handbook.  Students must achieve a qualifying score of 79 on any of their first three attempts or, if they have not achieved a qualifying score on any of their first three attempts, an 83 for the remaining two attempts.
- Students who fail to secure a qualifying score within those five attempts or within the time limits for making Satisfactory Academic Progress as set forth in AUA's Student Handbook are subject to dismissal.
- Students must sit Step 2 CK within three months of achieving a qualifying score on the CCSE. Students who fail to sit the Step 2 CK within this three month window will be required to re-take the CCSE before they will be certified again for Step 2 CK. Please note that in that case, the total number of attempts cannot exceed five, which includes any previous attempts.  The requalifying score will be "83"regardless of number of attempts remaining.

52

## PROMOTIONS COMMITTEE

All matters related to the promotion of students fall under the jurisdiction of the University's Promotions Committee, which is comprised of senior faculty.

The Promotions Committee Chair enacts decisions made by the Promotions Committee. The Committee's decisions may be appealed to the Appeals Committee which reviews the student's appeal and submits its recommendation to the Executive Dean for the final decision.

At the end of each semester, when all grades are final, the Promotions Committee reviews all grades and either promotes those students who have not failed a course or recommends academic probation and/or dismissal of students who have not passed all courses.

All official communication from the Office of the Registrar will be directed only to students' AUA email accounts. The Promotions Committee sends letters of dismissal to the student at the student's registered address. The Office of the Registrar sends grade reports and letters regarding course failures and academic probation (as email attachments) to the student's registered AUA email address. A student is responsible for ensuring that his/her correct mailing and email addresses are registered with the University.

Actions of the Promotions Committee are final unless modified on appeal.

## APPEALS COMMITTEE

If a student does not understand or is not satisfied with a Promotions Committee action, the student has the right to appeal. The deadline for receipt of appeals is seven (7) calendar days after grades or other pertinent information regarding the academic standing of the student are communicated to the student.

Re-test exams are not subject to an appeal. No student appeals will be entertained following the re-test period. All appeals must be submitted for consideration, prior to the re-test period. Grades posted following the re-test period are final and not subject to appeal.

All appeals must be forwarded to the Appeals Committee using the electronic form attached to the official grade report. A student may also address procedural questions to the Committee using the committee's email (appeals@auamed.net). However, only appeals received using the required form will be considered for action.

While processing the student appeal, the Committee may request additional information or an interview. It is important that the student provide the **current** AUA email and phone contact information in the appeal.

AUA – Spring 2017

69

The Appeals Committee looks for well-documented evidence of extenuating circumstances, illness or family emergency during the semester. Post hoc documentation (a doctor's note detailing sickness or illness during an examination) will be considered; however, this may not be very helpful if the documentation is dated after the date of the examination.

Note that, although the appeal is received and managed by the Appeals Committee, acceptance or denial will be decided upon by the Executive Dean only. The Committee receives and investigates appeals, then forwards the appeal along with a recommendation to the Executive Dean.

Depending on the type of appeal, and based upon the case review, the Appeals Committee makes a recommendation to the appropriate Dean (see below), who is the sole arbiter rendering the final decision.

The final decision on the appeal will be communicated to the student by the Dean's office in writing. The decision of the Executive Dean is not subject to further review and cannot be appealed.

## TYPES of APPEALS

A student has the right to appeal under the following circumstances or conditions:

### Basic Science

### Grade Change Appeals

If a student believes a grade was recorded or calculated incorrectly, he/she should submit an appeal to the Appeals Committee.

### Appeal of Dismissal

If a student receives a letter of dismissal with the exception of those actions that are not eligible for appeal, the student has the right to appeal.

### Semester VI-X

### Grade Change Appeals

If a student believes a grade for a clinical rotation was calculated or recorded improperly, he/she should discuss the matter with the program director of the respective hospital site. If the student feels that other than objective standards were used in the determination of his/her grade he/she may appeal the grade to the Appeals Committee. The Appeals Committee will review the case and make a recommendation to the Executive Dean, who will make a final decision that cannot be appealed.

70

AUA – Spring 2017

### Step 1 Appeals

A student who does not pass Step 1 within 12 months from the end of the Basic Science Integration Course and is dismissed, may appeal the dismissal to the Appeals Committee. The Appeals Committee will review the case and make a recommendation to the Executive Dean, who will make a final decision that cannot be appealed.

A student who fails to pass Step 1 in three attempts may be dismissed by the Promotions Committee and is ineligible to appeal the dismissal.

### Appeal of Administrative Withdrawal

If a student has been administratively withdrawn from the University at any time during their studies, the student has the right to appeal to the Appeals Committee.

## MEDICAL LICENSURE in the UNITED STATES

### Educational Commission for Foreign Medical Graduates (ECFMG)

The Educational Commission for Foreign Medical Graduates (ECFMG) is the definitive agency certifying the medical education of schools outside of the United States and Canada. ECFMG's purpose is "*to assess the readiness of graduates of these schools*" to enter residency programs, and requires strict adherence to the following:

1. Passing all parts of the USMLE (Step 1, Step 2 CK and CS; and Step 3);
2. Satisfying the medical education credential documentation requirement;
3. ECFMG certification in order to:
    (a) start post-graduate medical training (residency);
    (b) secure an initial license in the state in which the residency program is located;
    (c) secure an unrestricted license for practicing medicine in the U.S.

### Application for USMLE Exams

Before applying for the USMLE Step 1 exam, students must:
- Submit an Application for ECFMG Certification
- Read the appropriate editions of the ECFMG Information Booklet and the USMLE Bulletin of Information.

To apply for USMLE Step 1, Step 2 CK, and/or Step 2 CS, students will use ECFMG's Interactive Web Applications (IWA). A complete application consists of the on-line

71