**From:** Juli Valtschanoff <jvaltschanoff@auamed.org>
**Subject: Re: Accommodations**
**Date:** March 24, 2016 at 1:14:47 PM EDT
**To:** Bromfield Debbie-Ann <Debbie-Annb@auamed.net>
**Cc:** "Dr. Peter Bell" <PBELL@AUAMED.ORG>, Craig Hauser <chauser@auamed.org>

Debbie-Ann,
All our attempts to get you a 2-day CCSE accommodation at the University of Maryland and at Hopkins have failed. I believe that your only remaining option it to take the exam in a single day at a Prometric center, like our other students with accommodations. Please let me know if you agree, so we can schedule you as soon as possible. Thank you.
Juli