19CV.6078

January 3rd, 2020

TO PRO SE UNIT:

I am urgently requesting approval of my consent to file as I have a motion due in the Court on January 13th, 2019.

Thank you

Yours truly,

Debbie-Ann Bromfield-Thompson

RECEIVED
JAN -7 2020
PRO SE OFFICE

