```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
DEBBIE ANN BROMFIELD-THOMPSON,                      :
                                                    :
                            Plaintiff,              :     19-CV-6078 (JMF)
                                                    :
              -v-                                   :     ORDER
                                                    :
AMERICAN UNIVERSITY OF ANTIGUA et al.,              :
                                                    :
                            Defendants.             :
                                                    :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On January 14, 2020, Plaintiff filed an amended complaint in response to Defendants' motions to dismiss. ECF No. 45. The Court hereby grants Plaintiff a one-day extension of the time to file her amended complaint *nunc pro tunc* and, on that basis, deems the filing timely. *See* ECF No. 33. In light of the amended complaint, the Court will disregard the declaration that Plaintiff filed in response to Defendants earlier motions to dismiss. *See* ECF No. 44.

By **February 4, 2020**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on their previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the relevant previously filed motion to dismiss as moot.

SO ORDERED.

Dated: January 21, 2020
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge