**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------- X

DEBBIE ANN BROMFIELD-THOMPSON,                 :

        Plaintiff,                            :

                                         Case No.: 1: 19-cv-06078-JMF

      v.                                    :

AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL    .     **AFFIDAVIT OF SERVICE**
EDUCATION AMERICAS, LLC, s/h/a GCLR, LLC    :
and NBME,

                             :

        Defendants.
                             :

-------------------------------------------- X

STATE OF NEW YORK   )
                    :   SS:
COUNTY OF NEW YORK  )

I, Nelson Vargas, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Queens County,

New York.

2. On February 4, 2019, I served a true and correct copy of the: NOTICE OF
   MOTION TO DISMISS THE AMENDED COMPLAINT; DECLARATION
   OF CHERI M. KERSHEN IN SUPPORT; MEMORANDUM OF LAW IN
   SUPPORT, PROPOSED ORDER and WESTLAW CITED CASES IN THE
   MEMORANDUM OF LAW IN SUPPORT

      to be served via Federal Express overnight mail upon:

                       Debbie-Ann Bromfield Thompson
                       1405 Kennedy St., NW
                       Washington, DC 20011

- 2 -

Dated: February 4, 2020

_____
Nelson Vargas

Sworn to before me this 4th
day of February 2020

_____
Notary Public

MICHELLE MARIANNE FLEURANTIN
Notary Public, State of New York
No. 01FL6363664
Qualified in New York County
Commission Expires August 28, 2021

- 2 -