UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>       Plaintiff,<br><br>       v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC A/K/A GCLR, LLC, AND NBME,<br><br>       Defendants. | Civil Case No.: 19-CV-6078 |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE THAT**, upon the accompanying (a) Memorandum of Law in Support of the Joint Motion to Dismiss of Defendants American University of Antigua ("AUA") and Manipal Education Americas, LLC ("MEA"); (b) the Declaration of Vernon Solomon; (c) the Declaration of Anita O'Brien; and (d) the Declaration of Amina Hassan, with accompanying exhibits, and all the prior pleadings and proceedings in this action, defendants AUA and MEA will move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6), before the Honorable Jesse M. Furman at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting AUA's and MEA's Motion to Dismiss, and dismissing Plaintiff's First Amended Complaint in this action (ECF 45) in its entirety as to defendants AUA and MEA, and for such other relief as the Court deems just and proper.

Dated: New York, New York
      February 4, 2020         Respectfully submitted,

                              HUGHES HUBBARD & REED LLP

                              By: /s  *Robb W. Patryk*
                                  Robb W. Patryk
                              Amina Hassan
                              One Battery Park Plaza
                              New York, New York 10004-1482
                              (212) 837-6000
                              *Attorneys for Defendants Manipal Education Americas, LLC and American University of Antigua*