UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE ANN BROMFIELD-THOMPSON,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC A/K/A GCLR, LLC, AND NBME,

    Defendants.

Civil Case No.: 19-CV-6078 (JMF)

## DECLARATION OF ANITA O'BRIEN

I, Anita O'Brien, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am an administrative assistant at Manipal Education Americas, LLC ("MEA"). I work in MEA's New York office. I submit this declaration in support of the Motion to Dismiss the First Amended Complaint by Defendants American University of Antigua ("AUA") and MEA. I have personal knowledge of the matters set forth in this declaration.

2. On or around about October 8, 2019, an individual (who I presume was a process server) came to the MEA office in New York and left a copy of the Complaint and Summons in the above-captioned case with me. The individual did not ask me, and at no point did I tell the individual that I was a member of AUA's Legal Department, employed by AUA in any capacity, or authorized to accept service of process for AUA. I am not an AUA employee and I am not authorized to accept service of process on behalf of AUA.

Dated: New York, New York
      January 29, 2020

*Anita O'Brien*
Anita O'Brien