# Department of State

## Division of Corporations

### Search Our Corporation and Business Entity Database

The information contained in this database is current through November 26, 2019.

The Corporation and Business Entity Database includes business and not for profit corporations, limited partnerships, limited liability companies and limited liability partnerships, as well as other miscellaneous businesses. This information is best viewed with Netscape Navigator 7.0 and above or Internet Explorer 6.0 and above. Please note that the database does not include corporate or other business entity assumed names filed pursuant to General Business Law, §130. Assumed name filings are filed and maintained by the Division of Corporations for corporations, limited liability companies and limited partnerships. Although maintained by the Division of Corporations, searches of records of assumed names used by corporations, limited liability companies and limited partnerships must be made by a written, faxed or e-mail request to the Division. All other entities such as general partnerships, sole proprietorships and limited liability partnerships file an assumed name certificate directly with the county clerk in each county in which the entity conducts or transacts business.

Every effort has been made to ensure that the information contained on this site is up to date and accurate. As the Department relies upon information provided to it, the information's completeness or accuracy cannot be guaranteed. If you have any questions about performing a search or the results you receive, please contact the NYS Department of State, Division of Corporations at (518) 473-2492, Monday - Friday, 9:00 a.m. - 12:00 p.m. and 1:00 pm - 4:00 pm



Search Criteria

Entity Name *   American University of Antigua
Name Type *    Active Only
Search Type *  Contains

Captcha *      13261         13261

The items marked with * are required.

Search the Database

To search the database do the following:

1. Enter the Corporation or Business Entity Name being searched for.
2. Select a Name Type.
3. Select a Search Type.
4. Enter the numbers from the image into the CAPTCHA field.
5. Tab to Search the Database and press the enter key or click Search the Database.

Additional Search Instructions

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Informational Message

The information contained in this database is current through November 26, 2019.

No business entities were found for American University of Antigua.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us