

# STUDENT HANDBOOK
## Spring 2016

T he Student Handbook is published by the American University of Antigua, College of Medicine (AUA).

The rules and regulations outlined herein are binding on, and must be adhered to by, all AUA students, including those on leave. The rules and regulations of this Institution are reviewed and revised periodically. AUA reserves the right to revise, amend and/or modify any of these rules and regulations and/or to add or eliminate any rules and regulations in its sole discretion. Students will bound by any change, amendment, revision, addition or deletion of AUA rules and regulations, and are expected to be familiar with the most recent revisions of these rules and regulations as well as all AUA manuals and publications, each of which can be found on the AUA website. Although it is our intention to inform students in advance of any changes to these rules and regulations, to AUA's policies and procedures and/or to our curriculum and grading, AUA reserves the right to make such changes by publication in this Handbook, AUA reserves the right to make such changes prior to publication of any revisions of the Handbook when it is determined by the University to be in the best interests of our students.  Students will be notified when such changes take place through general announcements, in classes, on BlackBoard and by email.

# ACADEMIC STATUS

## GOOD STANDING

A student remains in good standing by complying with all academic standards, policies, and regulations established by AUA and by satisfying all financial obligations to the University or its affiliated lender. A student is not in good standing if they fall in the following categories: (1) academic probation; (2) professional probation; or (3) not meeting financial obligations.

*The University reserves the right to withhold services, transcripts and certifications from a student who is not in good standing.*

## SATISFACTORY ACADEMIC PROGRESS (SAP)

Satisfactory Academic Progress (SAP) represents an acceptable level of performance in meeting degree requirements within specific time periods. It is used in both academic evaluation and determination of financial aid eligibility.

AUA College of Medicine's curriculum consists of 10 semesters of academic coursework leading to the degree of Doctor of Medicine (MD). There are two semesters varying from 10–20 weeks in length in each academic year. At the end of every semester, the Promotions Committee evaluates each student's academic progress to ascertain if the student is making satisfactory academic progress toward the MD.

The following criteria constitute **Satisfactory Academic Progress (SAP)**:

1. Completing the required courses of Semesters I-V in no more than seven (7) semesters and passing all coursework while on academic probation;
2. Obtaining the minimum required certifying score on the Comprehensive Basic Science Exam and passing the USMLE Step 1 within 12 months of the end of the Basic Science Integration Course;
3. Completing the Clinical Science component within 120 weeks;
4. Completing the M.D. program in its entirety within 81 months or 6.75 calendar years of attendance;
5. Maintaining good academic standing.

*A student not in compliance with Satisfactory Academic Progress is subject to dismissal.*

In order to satisfactorily complete each Clinical Core rotation, every AUA Student must receive a passing grade for the core rotation and must also pass the associated NBME CCSSE (please see the *AUA Clinical Rotations Guidelines* for subject specific passing scores). Any student who successfully completes a Clinical Rotation, but does NOT pass the associated CCSSE must re-sit and pass this exam on their second attempt. Students who need to re-sit the exam will be billed a $100 CCSSE re-scheduling fee on their AUA student account. If a student does not pass the CCSSE on the second attempt, the grade for the rotation will be changed to "F" and the student must retake the Clinical Core Rotation. All students receiving a grade of "F" for their rotation will be placed on academic probation until they have successfully repeated the previously failed rotation and must meet with the respective AUA Clinical Chair to review their performance. If a student does NOT pass both the remedial Clinical Rotation and the associated CCSSE on the third attempt, he/she will be subject to dismissal from AUA. A student who fails the same rotation twice or any other rotation while on academic probation is subject to dismissal.

The passing CCSSE score will be factored into the student's final grade of the rotation with a weight of 20%. Please see the *Grading System* section for additional information.

Once a student is assigned to a Clinical Core Rotation, the student's name, clinical assignment and dates of attendance are e-mailed to the Office of the Registrar by the Department of Clinical Science Administration (CSA). CSA will also notify the student of the CCSSE requirement on assignment of the core rotation. The relevant CCSSE is ordered with a two week testing window typically starting the last Saturday of the rotation and ending on the Friday of the week following the end of the clinical core rotation. Students are responsible for scheduling their exam once they have received their scheduling permit from Prometric. The Shelf Exam score will be received by the Office of the Registrar, via e-mail, from NBME within 72 hours from the last day of the two-week testing window. Results will be sent by e-mail to the student within one week from the end of the testing window. In case the student fails the exam the student will be notified by the Office of the Registrar that he/she has to re-take the exam.

**NBME Comprehensive Clinical Science Examination (CCSE)**

All students who wish to apply for the Step 2 CK or CS must present a qualifying score of 79 or higher on the NBME Comprehensive Clinical Science Examination (CCSE). A student can sit for the CCSE after completing at least four core rotations. The CCSE will not factor in any grade; it serves as a qualifying exam only. There is no limit on the number of attempts at the CCSE.

51

**Registering for the CCSE**

Upon confirmation of registration (by the Office of the Registrar), students will receive a scheduling permit with an AUA established two week testing window. With that, students will register for the exam at a Prometric Testing Center of their choice.

Please note: Students must receive their CCSE score and performance profile from their most recent attempt before they can sign up for the next available CCSE.

The fee for each attempt is $150.00; students can make their sitting fee payment online via CashNet. Students must submit their receipt of payment to the Office of the Registrar and complete the registration requirements no later than the 15th of the month prior to the testing window they are requesting to sit for the exam. If the 15th of the month falls on a weekend, registration will close on the preceding Friday at 2pm. There are no exceptions to this policy.

The last date to have paid the $150 sitting fee and sign up for CCSE is 2pm eastern time on the 15th of the month prior to the requested testing window. For additional information on the CCSE registration process, please contact the Office of the Registrar at registrar@auamed.org.

**United States Medical Licensing Exam Step 2 Clinical Knowledge (USMLE Step 2 CK)**

The USMLE Step 2 CK is utilized to assess the ability of a student (while under supervision) to apply medical knowledge and understanding of clinical science to patient care in order to promote health and prevent disease.

Students may register for certification on Step 2 CK after completing the six required core clerkships, passing the NBME Comprehensive Clinical Science Examination (CCSE) and completing the Kaplan Online CK Prep Program. The Kaplan Online CK Prep Program requirement applies to students who apply for the Step 2 CK on or after April 15, 2016.

Students who wish to apply for the Step 2 CK must achieve a qualifying score of 79 on the Comprehensive Clinical Science Examination (CCSE). Students must submit the Step 2 CK application with a window of eligibility to start immediately after successfully achieving a minimum certifying score on the CCSE. The window of eligibility is a three (3) month period. For example, if the student passes the CCSE in August, the three month window of eligibility is September through November. Any student who's approved Step 2 CK testing window of time lapses without an attempt will be required to re-sit for the CCSE and is subject to the current CCSE minimum passing score at the time. No extension requests on Step 2 CK testing windows will be approved.

52

AUA – Spring 2016

The CCSE allows students the opportunity to assess their clinical knowledge and helps them prepare for USMLE Step 2 CK. Securing a qualifying score of 79 on the CCSE will indicate readiness to register for and pass USMLE Step 2 CK after additional studying. The qualifying score on the CCSE is 79 which reflects a score of 220 on the CK exam. Please note that the current passing score of CK is a score of 209.

Any student who fails Step 2 CK three times will be dismissed from the University by the Promotions Committee. As students prepare for the USMLE Step 2 CK exam they must be aware of AUA's SAP policy that dictates completion of the M.D. program within 81 months (6.75 calendar years). Please refer to the section on *Satisfactory Academic Progress* for more information.

AUA provides additional resources for your clinical education and USMLE Step 2 preparation. Please note that those resources are supplemental to the instruction, lectures etc. you attend during your clinical rotations and in addition to the case vignettes (SIMPLE for IM, WiseMD for SUR, Fm-Cases for FAM, CLIPP for Peds and APGO for OB/GYN) you already have access to via Blackboard. The combination of clinical experience, instruction at the clinical site, case vignettes, the Kaplan High-Yield Online Lectures, Step 2 CK OnlinePrep Lectures, Step 2 CK Lecture Notes eBook and the Step 2 Qbank will help you to prepare for NBME Shelf exams and CK.

Students who apply for the USMLE Step 2 CK exam on or after April 15, 2016 must have already completed the Kaplan Online CK Prep Program. Step 2 CK applications received on or after April 15, 2016 will not be certified until AUA receives confirmation of completion of the program from Kaplan. For more information on this requirement, please refer to the *AUA Clinical Rotations Guidelines.*

All USMLE performance profiles, passing and failing, must be submitted to the Office of the Registrar at registrar@auamed.org. Students who are required to re-take these exams will not be certified until their previous score is received.

**United States Medical Licensing Exam Step 2 Clinical Skills (USMLE Step 2 CS)**

Step 2 CS is utilized to assess a student's ability to take a patient's medical history, to perform a physical examination, compose a differential diagnosis, and to write up the encounter. Additionally, the test includes an evaluation of a student's ability to communicate in English effectively.

All students may register for certification on Step 2 CS after completing the six required core clerkships, passing the NBME Comprehensive Clinical Science Examination (CCSE) and completing an approved CS preparation program. Students may register for the CS preparatory

program after they have completed four core rotations and received a qualifying score on the CCSE. Step 2 CS has developed into the most difficult USMLE exam with the highest failure rate of US and international students.

Currently the Kaplan Step 2 CS Live 1-day and Live 5-day programs, C3NY, Ximedus and the NYCS Prep program are approved as Live CS preparation courses. The Kaplan Live Online CS Program consists of four, 3-hour live online interactive lecture sessions.  The course is offered once a month generally from 6pm to 9PM Eastern time.  Dates can be found on Blackboard and on the Kaplan website. Attendance of the Kaplan Live Online CS Program is free for all students. Attendance will be monitored by Kaplan and the list of students who completed the program will be submitted to AUA.  Students who decide to attend an approved live (not online) preparation program in lieu of the live online program will receive a tuition credit of $300 after submission of proof of completion of such a live program.

In order to register for the Kaplan Live Online CS Program students have to contact the Office of the Registrar. Students must comply with the registration deadlines located on Blackboard for each Kaplan session.

A student who fails Step 2 CS three times will be dismissed from the University by the Promotions Committee. As students prepare for the USMLE Step 2 CS exam they must be aware of AUA's SAP policy that dictates completion of the M.D. Program within 81 months (6.75 calendar years). Please refer to the section on *Satisfactory Academic Progress* for more information.

All USMLE performance profiles, passing and failing, must be submitted to the Office of the Registrar at registrar@auamed.org. Students who are required to re-take these exams will not be certified until their previous score is received.

**CERTIFICATION FOR USMLE STEP 1, CK & CS**

Students who are eligible to apply for the Step 1, Step 2 CK or CS are required to register for these exams via the Educational Commission for Foreign Medical Graduates' (ECFMG) website. The ECFMG interactive web application, IWA, is the only version of the application materials available on the website for Step 1, Step 2 CK & CS.

The Office of the Registrar is responsible for reviewing and confirming student eligibility to sit for these exams. In addition to the University's academic requirements, students must be in good standing and have met all AUA financial obligations.

AUA – Spring 2016