UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION AMERICAS, LLC A/K/A GCLR, LLC, AND NBME,<br><br>　　　　　Defendants. | Civil Case No.: 19-CV-6078<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

　　　This matter having come before the Court on the Motion to Dismiss of Defendants American University of Antigua ("AUA") and Manipal Education Americas, LLC ("MEA") (the "Motion"), for entry of an Order dismiss Plaintiff's First Amended Complaint as to AUA and MEA pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6), and the Court having considered the papers submitted in support of the within motion by AUA and MEA and the papers filed in opposition thereto, and for further good cause shown, it is:

　　　ORDERED that the Motion is granted in favor or AUA and MEA, against Plaintiff Debbie Ann Bromfield-Thompson, and the First Amended Complaint is dismissed in its entirety, with prejudice, as to both defendants.

_____
Date


_____
Hon. Jesse A. Furman, U.S.D.J.