UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DEBBIE ANN BROMFIELD-THOMPSON, :
:
                            Plaintiff, : 19-CV-6078 (JMF)
:
     -v- : ORDER
:
AMERICAN UNIVERSITY OF ANTIGUA et al., :
:
                          Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motions to dismiss, *see* ECF Nos. 50 & 55, Defendants' earlier motions to dismiss filed at ECF Nos. 14 and 36 are hereby DENIED as moot. Plaintiff shall file a single, consolidated opposition, not to exceed 40 pages, addressing both motions to dismiss by **March 4, 2020**. Defendants' replies, if any, are due by **March 11, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

       The Clerk of Court is directed to terminate ECF Nos. 14 and 36.

       SO ORDERED.

Dated: February 6, 2020
       New York, New York
                                                    JESSE M. FURMAN
                                            United States District Judge