# RE: Nbme Contact

**Cheri Kershen** <ckershen@nbme.org>

Fri 1/15/2016 4:11 PM

To: Craig Hauser <chauser@auamed.org>;

Cc: Bromfield Debbie-Ann <Debbie-Annb@auamed.net>; Bell, Peter <pbell@auamed.org>; Subject Exams <SubjectExams@NBME.org>; Nicole M. Smith <NSmith@nbme.org>;

Hello Craig,

I noticed from the attached email that Debbie-Ann spoke to the USMLE team regarding accommodations. Accommodations for the USMLE Program function differently than accommodations for the Subject Examination Program. Prometric currently is unable to provide two-day testing for subject examinations. However, subject examinations can be administered over a two-day period if administered at a medical school/institution.

As you are aware, American University of Antigua currently does not administer subject examinations at the medical school. If Debbie-Ann would like to take the CCSE at an institution where she is doing a rotation, that institution must currently administer subject examinations. Next, the Executive Chief Proctor (ECP) at AUA needs to make arrangements with the ECP of the other medical school/instituion with the understanding that both parties are responsible and liable for the administration of NBME examinations in compliance with all of the requirements outlined in the Procedures Manual for Executive Chief Proctors (ECPs) and with the knowledge that, in the event of a security breach, testing at both schools could be suspended from giving NBME Subject Examinations.

If both ECPs agree, the NBME will work with AUA and place the order for the exam and we will provide the proctor (at the other institution) with instructions for administering the exam.

Hope this information is helpful.

Cheri M. Kershen
Manager, Test Administration
Medical School Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
Phone: 215-590-9718
Fax: 215-590-9456
Email: ckershen@nbme.org


EXHIBIT 13

**From:** Craig Hauser [mailto:chauser@AUAMED.ORG]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
:
DEBBIE ANN BROMFIELD-THOMPSON :
:
      Plaintiff, :
: 19-CV-6078 (JMF)
v :
: Civil Case No.: 19-CV-6078
:
AMERICAN UNIVERSITY OF ANTIGUA :
MANIPAL EDUCATION AMERICAS, LLC, and :
:
NBME :
:
      Defendants. :
————————————————————X

**EXHIBITS ATTACHED TO**
**DEBBIE-ANN BROMFIELD THOMPSON'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS BY AMERICAN UNIVERSITY OF ANTIGUA/ MANIPAL EDUCATION AMERICAS, LLC AND NBME**

Plaintiff Debbie Ann Bromfield-Thompson *pro se,* respectfully attaches the following Exhibits to the above captioned motion:

1.  Declaration of Plaintiff Debbie-Ann Bromfield-Thompson

2.  Exhibits 1-31

Respectively submitted,

/dbt/Debbie-Ann Bromfield Thompson, *pro se*
1405 Kennedy Street, N.W.
Washington, D.C. 20011
Tel: 202-534-9164

# RE: Nbme Contact

**Cheri Kershen** <ckershen@nbme.org>

Fri 1/15/2016 4:11 PM

To: Craig Hauser <chauser@auamed.org>;

Cc: Bromfield Debbie-Ann <Debbie-Annb@auamed.net>; Bell, Peter <pbell@auamed.org>; Subject Exams <SubjectExams@NBME.org>; Nicole M. Smith <NSmith@nbme.org>;

Hello Craig,

I noticed from the attached email that Debbie-Ann spoke to the USMLE team regarding accommodations. Accommodations for the USMLE Program function differently than accommodations for the Subject Examination Program. Prometric currently is unable to provide two-day testing for subject examinations. However, subject examinations can be administered over a two-day period if administered at a medical school/institution.

As you are aware, American University of Antigua currently does not administer subject examinations at the medical school. If Debbie-Ann would like to take the CCSE at an institution where she is doing a rotation, that institution must currently administer subject examinations. Next, the Executive Chief Proctor (ECP) at AUA needs to make arrangements with the ECP of the other medical school/instituion with the understanding that both parties are responsible and liable for the administration of NBME examinations in compliance with all of the requirements outlined in the Procedures Manual for Executive Chief Proctors (ECPs) and with the knowledge that, in the event of a security breach, testing at both schools could be suspended from giving NBME Subject Examinations.

If both ECPs agree, the NBME will work with AUA and place the order for the exam and we will provide the proctor (at the other institution) with instructions for administering the exam.

Hope this information is helpful.

Cheri M. Kershen
Manager, Test Administration
Medical School Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
Phone: 215-590-9718
Fax: 215-590-9456
Email: ckershen@nbme.org


PLAINTIFF'S EXHIBIT 1

**From:** Craig Hauser [mailto:chauser@AUAMED.ORG]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE ANN BROOMFIELD-THOMPSON
     v.
AMERICAN UNIVERSITY OF ANTIGUA/MANIPAL EDUCATION    Civil Case No.: 19-CV-6078 (JMF)
AMERICAS, LLC A/K/A GCLR, LLC, AND NBME

I, Augustus Wilson, hereby declare as follows:

On October 8, 2019 I entered the building where American University of Antigua/MEA was located (1 Battery Plaza, New York, NY 10004). I told the person in the lobby entrance that I had legal documents to serve. I was allowed to go upstairs to the authorized department. When I went upstairs I was met by a receptionist. I told her I had legal documents for American University of Antigua/MEA. She said let me go get someone who can accept those for you. That is when Anita O'Brien came out to the desk. The documents I gave to her were clearly captioned as court documents. She said nothing to the effect that she was not authorized to accept the documents. She accepted the documents and gave her name as Anita O'Brien.

I swear that this is a true and accurate account of the manner and method of service.

March 2, 2020

Augustus Wilson #2066221
1412 Broadway, New York, NY 10018


PLAINTIFF'S EXHIBIT

MANIPAL EDUCATION AMERICAS, LLC
AGENT FOR:

# AUA
## AMERICAN UNIVERSITY OF ANTIGUA






PLAINTIFF'S EXHIBIT 3

