UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X
                                                                            :
DEBBIE ANN BROMFIELD THOMPSON,                :
                                                                            :
       Plaintiff,                                                 :
                                                                            :
v                                                                           :    19-cv-6078 (JMF)
                                                                            :
AMERICAN UNIVERSITY OF ANTIGUA         :
MANIPAL EDUCATION AMERICAS, LLC,     :
AND NBME                                                            :
                                                                            :
      Defendants.                                           :
                                                                            :
————————————————————————:

Honorable Jesse M. Furman, United States District Judge:

      I am writing to request that you excuse the late filing of my opposition to defendants motion to dismiss. I had all my pleadings ready for filing on the date set as the deadline but I was unable to access the ECFM/Pacer filing system despite trying for the entire evening of March 4th, up until midnight. Although I had fulfilled all the requirements to access the system there was some glitch with the processing that had nothing to do with me. Specifically, I was told by ECFM in New York that the problem was attributable to my name having been logged in the system with hyphens in between and without hyphens in between. They have since fixed the problem.

      I apologize for any inconvenience this late filing may have caused the court and the parties.

Thank you.

                                      Yours truly,

                                      Debbie-Ann Bromfield-Thompson