UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBBIE ANN BROMFIELD THOMPSON | NO. 19-cv-06078 (JMF) |
| Plaintiff, | |
| AMERICAN UNIVERSITY OF ANTIGUA<br>MANIPAL EDUCATION AMERICAS, LLC<br>aka GCLR, LLC et al., | **PROPOSED ORDER DENYING<br>AUA/MEA AND NBME<br>MOTIONS TO DISMISS** |
| Defendant. | |

ORDER

Upon consideration of Defendants' American University of Antigua/Manipal Education Americas, LLC and NBME's Motions to Dismiss Plaintiff's First Amended Complaint, and Plaintiff's Consolidated Opposition filed thereto, it is this ___day of _____ORDERED that the motions to dismiss be and are hereby DENIED.

DATED_____       _____
                                                                Hon. Jesse A. Furman, U.S.D.J.