UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――X
:
DEBBIE ANN BROMFIELD-THOMPSON :
:
          Plaintiff, :
:   19-CV-6078 (JMF)
:
v :   Civil Case No.: 19-CV-6078
:
AMERICAN UNIVERSITY OF ANTIGUA :
MANIPAL EDUCATION AMERICAS, LLC, and :
:
NBME :
:
          Defendants. :
―――――――――――――――――――――――――X

## DEBBIE-ANN BROMFIELD THOMPSON'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISSBY AMERICAN UNIVERSITY OF ANTIGUA/ MANIPAL EDUCATION AMERICAS, LLC AND NBME

Plaintiff Debbie Ann Bromfield-Thompson *pro se,* respectfully requests that this Honorable Court deny American University of Antigua /Manipal Education Americas, LLC and NBME's motions to dismiss plaintiff's First Amended Complaint. In support of this motion plaintiff has attached the following documents:

1.    Consolidated Memorandum of Law In Opposition to Defendants' Motion to Dismiss.

2.    Declaration of Plaintiff Debbie-Ann Bromfield-Thompson

3.    Sworn Statement of August Wilson

4.    Exhibits 1-6

Respectively submitted,

/dbt/Debbie-Ann Bromfield Thompson, *pro se*
1405 Kennedy Street, N.W.
Washington, D.C. 20011
Tel: 202-534-9164

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing opposition has been served electronically via pacer.gov upon all counsel of record in this case.

/dbt/Debbie-Ann Bromfield-Thompson, *pro se*