

**Hughes Hubbard & Reed**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Robb W. Patryk
Partner
Direct Dial: +1 (212) 837-6861
Direct Fax: +1 (212) 299-6861
robb.patryk@hugheshubbard.com

March 9, 2020

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
(212) 805-0282

Re:   *Bromfield-Thompson v. American University of Antigua, et al.*,
      Civil Action No. 19-CV-6078 (JMF) (S.D.N.Y.)

Dear Judge Furman:

    This firm is counsel to American University of Antigua ("AUA") and Manipal Education Americas, LLC ("MEA") in the above-referenced matter. I am writing to request that the Court permit defendants to file their reply papers in further support of their respective motions to dismiss by March 12, 2020 rather than March 11, 2020 because of the delay in Plaintiff's filing of the opposition papers. Counsel for co-defendant NBME joins in this request.

    Per the Court's February 6, 2020 Order (ECF 60), Plaintiff was required to file her consolidated opposition to the defendants' motions to dismiss by March 4, 2020, with defendants' reply papers due by March 11, 2020. Plaintiff filed the opposition papers late on March 5, 2020. Accordingly, the defendants respectfully request that the Court extend their time to file the reply papers to March 12, 2020.

Respectfully submitted,

Robb W. Patryk

cc:   Plaintiff and all Counsel of Record (via ECF)

96428323