**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DEBBIE ANN BROMFIELD-THOMPSON,

        Plaintiff,

  -against-

AMERICAN UNIVERSITY OF ANTIGUA/
MANIPAL EDUCATION AMERICAS, LLC,
aka GCLR, LLC et al.,

        Defendants.

No. 19-CV-06078 (JMF)

**AFFIDAVIT OF SERVICE**

---

WASHINGTON            )
                                     : ss:
DISTRICT OF COLUMBIA  )

I, Caroline Mew, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Washington, D.C.

2. On March 12, 2020, I served a true and correct copy of the:

**REPLY BRIEF IN SUPPORT OF THE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY THE NATIONAL BOARD OF MEDICAL EXAMINERS**

via United States First Class Mail upon:

        Debbie Ann Bromfield-Thompson
        1405 Kennedy Street, NW
        Washington, DC 20011

Dated: March 12, 2020

                                                         _____
                                                           Caroline Mew

Sworn to before me this
12th day of March 2020

_____
Notary Public