

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

March 12, 2020

BY HAND

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007
(212) 805-0282

    Re: *Bromfield-Thompson v. American University of
       Antigua/Manipal Education Americas, LLC
       No. 1:19-cv-06078-JMF*

Dear Judge Furman:

    Pursuant to Rule 3.F. of Your Honor's Individual Rules of Practice, on behalf of American University of Antigua ("AUA") and Manipal Education Americas, LLC ("MEA"), we enclose courtesy copies of the following:

- AUA's and MEA's Motion to Dismiss the First Amended Complaint, including notice of motion, memorandum of law in support thereof, and supporting declarations and exhibits (ECF 55-59);

- Plaintiff's opposition papers, including Consolidated Memorandum of Law in Support of Plaintiff's Opposition to American University Of Antigua and Manipal Education Americas, LLC and NBME's Motion to Dismiss Plaintiff's First Amended Complaint, and supporting declaration and exhibits (ECF 61-62); and

96468473_1

- AUA's and MEA's Reply Memorandum of Law in Support of Motion to Dismiss (ECF 68).

Respectfully submitted,

Amina Hassan

Enclosure
cc: All Parties/Counsel of Record (via ECF) (without enclosures)