# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Debbie-Ann Bromfield-Thompson
(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 cv 6078 ( )( )

-against-

**NOTICE OF APPEAL**

AUA, MCA, LLC, and NBME
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Debbie-Ann Bromfield-Thompson

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: 10-13-20
(date that judgment or order was entered on docket)
that:

(If the appeal is from an order, provide a brief description above of the decision in the order.)

11-12-20
Dated

Signature

Bromfield-Thompson Debbie-Ann
Name (Last, First, MI)

1405 Kennedy Street, N.W., Washington DC 20011
Address / City / State / Zip Code

202-534-9164
Telephone Number

debibromfield@hotmail.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13